UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Nasdaq, Inc., <br><br> Plaintiff, <br><br> v. <br><br> [REDACTED], <br><br> Defendant. | Case No.: |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiff Nasdaq, Inc. ("Nasdaq") files this Motion requesting leave to file the unredacted version of the Complaint under seal. Nasdaq is filing publicly a version of the Complaint with the identity of the Defendant redacted.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action for trade secret misappropriation and violation of the Digital Millennium Copyright Act ("DMCA"). Sealing this portion of the file is necessary to prevent the Defendant from learning of these proceedings prior to execution of the temporary restraining order. If Defendant were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Nasdaq will move to unseal these documents.

Date:  August 15, 2024							Respectfully submitted,


By: /s/ *Brian J. Beck*


       Brian J. Beck, (ARDC No. 6310979)

       HALEY GUILIANO LLP
       75 Broad Street, Suite 1000
       New York, NY 10004
       +1 (669) 213-1058
       +1 (669) 500-7375 (fax)
       brian.beck@hglaw.com

       *Counsel for Plaintiff Nasdaq, Inc.*